UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DIANA I. GONZALEZ** <br> *on behalf of S.F., a minor*: <br> Plaintiff <br> v. <br><br><br><br> **MARTIN O'MALLEY** <br> *Commissioner, Social Security Administration* <br> Defendant | No. 3:24-cv-00385 (MEG) |

## **JUDGMENT**

This matter came up for consideration on Defendant's Consent Motion to Remand to Agency, under sentence four of 42 USC § 405(g) before the Honorable Maria E. Garcia, United States Magistrate Judge. On May 19, 2024, the Court entered a Ruling GRANTING Defendant's Motion. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the Plaintiff, and remanding this case to the Commissioner for further proceedings.

Dated at New Haven, Connecticut, this 21st day of May 2024.

DINAH MILTON KINNEY, Clerk

By:_____/s/_____
      Sarah Santos
      Deputy Clerk

EOD: 5/21/2024